# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America     *

vs.     *

CITATION NO(S). _1831767-72_

Derrick Smith     *

DOCKET NO. _11-4503 BPG_

*

******

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Driving without a license §16-101(a) | guilty | 0 | 5 | 25 |
| All remaining charges dismissed by government | | | | |
| | | | | |
| | TOTAL DUE: $ 30 | | | |

Payment is due in full within ~~seven (7)~~ sixty (60) days unless otherwise approved. Make check or money order payable to: CLERK, U.S. DISTRICT COURT. Include citation (ticket) number on check or money order and also on outside of court-supplied envelope. Mail payment with Defendant's copy to: U.S. COURTS - CVB, P.O. BOX 70939, CHARLOTTE, NC 28272-0939. Or you may pay on-line at: www.cvb.uscourts.gov

____ Waive Initial Appearance     ____ Continue to Obtain License

____ Continue for Payment     ____ Continue to Retain Attorney

____ Set for Trial     ____ New Court Date:_____

       AT:_____ A.M.

____ Dismissed by the Government

COMMENTS: _____

X _[signature]_        _[signature]_
**DEFENDANT**        **ASSISTANT U.S. ATTORNEY**

_[signature]_        3-28-12
**ATTORNEY FOR DEFENDANT**        **DATE**

_[initials] 4-2-12_